# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2364
L.T. Case No. 2023-CF-183-A

_____

BRENDAN J. DEPA,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Flagler County.
Terence Robert Perkins, Judge.

Hani A. Demetrious, of The Law Office of Robert David Malove, P.A., Ft. Lauderdale, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Kaylee D. Tatman, Assistant Attorney General, Daytona Beach, for Appellee.

November 4, 2025

PER CURIAM.

    AFFIRMED.

LAMBERT, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____